FRANCES C. DURYEA et al., as Executors of WILLIAM DURYEA, Deceased, Appellants, *v.* OTTO E. LOHRKE et al., Respondents.

*Duryea* v. *Lohrke*, 136 App. Div. 555, affirmed.
(Argued May 3, 1911; decided May 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1910, modifying and affirming as modified a judgment in favor of defendants entered upon a verdict in an action on contract.

*Robert B. Honeyman* for appellants.

*Herman Aaron* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.